# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 16, 2013

Before:

MICHAEL S. KANNE, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| Nos.: 12-1081, 12-1213 & 12-2536 | ROBERT V. LEIMKUEHLER, as trustee of and on behalf of LEIMKUEHLER, INC., PROFIT SHARING PLAN, and on behalf of all others similarly situated,<br>Plaintiff - Appellant/Cross - Appellee<br><br>v.<br><br>AMERICAN UNITED LIFE INSURANCE CO.,<br>Defendant - Appellee/Cross - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-00333-JMS-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane E. Magnus-Stinson ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)